No. 80–54.   ITT GILFILLAN *v.* CLAYTON; and

No. 80–5049.   CLAYTON *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 950.]   Motion of respondents International Union, United Automobile, Aerospace & Agricultural Implement Workers of America and its Local 509 for divided argument granted.

No. 80–231.   ANDRUS, SECRETARY OF THE INTERIOR, ET AL. *v.* INDIANA ET AL.   D. C. S. D. Ind.   [Probable jurisdiction noted, *ante,* p. 816.]   Motion of appellees for additional time for oral argument denied.

No. 80–317.   UNIVERSITY OF TEXAS ET AL. *v.* CAMENISCH.   C. A. 5th Cir.   [Certiorari granted, *ante,* p. 950.]   Motions of American Council on Education et al. and Equal Employment Advisory Council for leave to file briefs as *amici curiae* granted.

No. 80–456.   THOMPSON, SECRETARY, DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON, ET AL. *v.* BERRY ET AL.   Sup. Ct. Wash.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–922.   MARSHALL, SECRETARY OF LABOR *v.* ALABAMA ET AL.   C. A. 5th Cir.   Motions of Lutheran Church-Missouri Synod and Grace Baptist Temple, Prattville, Alabama, et al. for leave to file briefs as *amici curiae* granted.   Motion of respondents to expedite consideration of the petition for writ of certiorari denied.

No. 80–5700.   IN RE PAYTON;

No. 80–5769.   IN RE ROBINSON; and

No. 80–5770.   IN RE JACKSON.   Petitions for writs of mandamus denied.